

# Fourth Court of Appeals
## San Antonio, Texas

May 23, 2019

No. 04-18-00460-CR

Victor **RIGGAN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law, Kerr County, Texas
Trial Court No. CR171328
Honorable Susan Harris, Judge Presiding

# O R D E R

Sitting:     Sandee Bryan Marion, Chief Justice
               Luz Elena D. Chapa, Justice
               Beth Watkins, Justice

Appellant has filed a motion for stay of mandate pursuant to TEX. R. APP. P. 31.4. Rule 31.4(a) of the Texas Rules of Appellate Procedure authorizes a party to seek a stay of mandate by filing a motion for stay "to which is appended the party's petition for discretionary review showing reasons why the Court of Criminal Appeals should review the appellate court judgment: (1) when a court of appeals affirms the judgment of the trial court in an extradition matter and thereby sanctions a defendant's extradition; or (2) when a court of appeals reverses the trial court's judgment in a bail matter — including bail pending appeal under Code of Criminal Procedure article 44.04(g) — and thereby grants or reduces the amount of bail." TEX. R. APP. P. 31.4(a). Appellant's appeals did not relate to an extradition or bail matter and no petition for discretionary review was appended to appellant's motion. Accordingly, appellant's motion is DENIED. *But see* TEX. R. APP. P. 68.2(c) (authorizing Court of Criminal Appeals to extend the time to file a petition for discretionary review if a party files a timely motion); TEX. R. APP. P. 18 (extending time for court of appeals to issue mandate if petition for discretionary review is filed).

_Sandee Bryan Marion_
_____
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of May, 2019.



KEITH E. HOTTLE,
Clerk of Court